1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   GARRISON THOMAS FICKENWORTH,          1:20-cv-00123-JDP (HC)

12                 Petitioner,

13         v.                              ORDER TRANSFERRING CASE TO THE
                                           SACRAMENTO DIVISION OF THE
14   CHRISTIAN PFIEFFER,                   EASTERN DISTRICT OF CALIFORNIA

15                 Respondent.             ECF No. 1

16

17

18         Petitioner Garrison Thomas Fickenworth, a state prisoner proceeding without counsel,

19   petitioned for a writ of habeas corpus action pursuant to 28 U.S.C. § 2254. ECF No. 1. The

20   petitioner is challenging a conviction from Sacramento County, which is part of the Sacramento

21   Division of the United States District Court for the Eastern District of California. Petitioner is

22   currently incarcerated in Kern County, which is part of the Fresno Division of this court. Under

23   28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or

24   the judicial district where petitioner is incarcerated. Therefore, both the Sacramento and Fresno

25   divisions have concurrent jurisdiction. *See* § 2241(d). However, because petitioner is attacking

26   the validity of his Sacramento conviction, we will transfer this case to the Sacramento division for

27   the ease and convenience of the parties and the court. *See id*.

28         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

                                              1

1  appropriate court may, on the court's own motion, be transferred to the appropriate court.

2  Therefore, this action will be transferred to the Sacramento Division.

3  **Order**

4      1. This action is transferred to the United States District Court for the Eastern District of

5  California sitting in Sacramento; and

6      2. All future filings shall reference the new Sacramento case number assigned and shall

7  be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

10  IT IS SO ORDERED.

12  Dated:   January 25, 2020   

                                        _____
13                                      UNITED STATES MAGISTRATE JUDGE

15  No. 206.

2